UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMBER ROSE MUSSER,

       Plaintiff,                                             Civil Action No.
                                                                                 16-CV-12919

vs.

COMMISSIONER OF SOCIAL                       HON. MARK A. GOLDSMITH
SECURITY,

       Defendant.
_____/

**ORDER**
**(1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE DATED JANUARY 5, 2017 (Dkt. 19) and (2) DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE FOR FAILURE TO PROSECUTE**

       This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge Stafford, issued on January 5, 2017. In the R&R, the Magistrate Judge recommends that Plaintiff's complaint be dismissed with prejudice for failure to prosecute. The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The Court has reviewed the R&R and concludes that the Magistrate Judge has reached the proper conclusion for the proper reasons. Therefore, the R&R is accepted and adopted as the findings and conclusions of the Court. Accordingly, Plaintiff's complaint is dismissed with prejudice for failure to prosecute.

       SO ORDERED.

Dated: February 15, 2017             s/Mark A. Goldsmith
Detroit, Michigan                     MARK A. GOLDSMITH
                                       United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 15, 2017.

                                                                       s/Karri Sandusky
                                                                       Case Manager